UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                     Plaintiff,

          -against-

AYOLA, POLICE OFFICER FOR
MIDDLETOWN, ET AL.,

                     Defendants.

24-CV-8693 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

Plaintiff, who is currently incarcerated at Wende Correctional Facility, is appearing *pro se* and *in forma pauperis* ("IFP").  By Order dated August 18, 2025, the Court dismissed Plaintiff's complaint for failure to state a claim, and granted him 60 days' leave to replead his claims in an amended complaint.  (ECF No. 19.)  By letter dated November 13, 2025, Plaintiff requested: (1) an extension of time to file the amended complaint; and (2) a copy of his original complaint. (ECF No. 21.)  Plaintiff alleges that he lost his "legal papers" during a transfer from one correctional facility to another.  (*Id.*)

A.      **Request for an extension of time**

The Court grants Plaintiff's request for an extension of time to comply with the August 18, 2025 Order.  Plaintiff must file his amended complaint within 70 days of the date of this Order.  If Plaintiff fails to comply within the time allowed, the action will be dismissed for failure to state a claim upon which relief may be granted, for the reasons stated in the August 18, 2025 Order.  No further extensions will be granted.

B.      **Request for documents**

The Court attaches a copy of the Plaintiff's original complaint to this Order.

## CONCLUSION

The Court grants Plaintiff's request for an extension of time to comply with the August 18, 2025 Order.  Plaintiff must file his amended complaint within 70 days of the date of this Order.  If Plaintiff fails to comply within the time allowed, the action will be dismissed for failure to state a claim upon which relief may be granted.  No further extensions will be granted. An Amended Complaint form is attached to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 2, 2025
          New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Pearson Jr, Booking #2024-01560

_____

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

Judge: Craig Brown, Ada Tanja M. Beemer, proba-tion officer Randy I. Siper, Judge Steven Brockett, State of New York, middltown polilce Department in officers of the Department,

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

2024 NOV -6 PM 2:52
RECEIVED
SDNY PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert _____   Pearson JR _____
First Name          Middle Initial          Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

2024-01560 _____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Orange County Jail _____
Current Place of Detention

110 Wells Farm Road _____
Institutional Address

Orange   Goshen _____   NY _____   10924 _____
County, City                    State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Aroyol, A

First Name     Last Name     Shield #

Police officer for middletown

Current Job Title (or other identifying information)

2 James Street middletown 10940

Current Work Address

Orange middletown     NY     10940

County, City     State     Zip Code

Defendant 2: John Doe

First Name     Last Name     Shield #

middletown police officer

Current Job Title (or other identifying information)

2 James Street middletown

Current Work Address

Orange middltown     NY     10940

County, City     State     Zip Code

Defendant 3: State of New York

First Name     Last Name     Shield #

State of New York

Current Job Title (or other identifying information)

Current Work Address

County, City     State     Zip Code

Defendant 4: Craig Brown

First Name     Last Name     Shield #

Judge for Orange County Court of Goshen N.Y.

Current Job Title (or other identifying information)

285 main St Goshen

Current Work Address

Orange Goshen     NY     10924

County, City     State     Zip Code

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 9:     Orange                     County
                 First Name                 Last Name                        Shield #

Orange County Of The State of the State of NY

Current Job Title (or other identifying information)

_____

Current Work Address

County, City                          State                     Zip Code

Defendant 10:   middltown police Department
                 First Name                 Last Name                        Shield #

police Department for the City of middltown NY.

Current Job Title (or other identifying information)

2 James Street middltown

Current Work Address

Orange middltown           NY               10940

County, City                          State                     Zip Code

Defendant 11:

                 First Name                 Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                     Zip Code

Defendant 12:

                 First Name                 Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                     Zip Code

Page 3

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   Stat of Florida, State of New York,

Date(s) of occurrence:

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The reason for me filing This Civil Law Suit is because, my Civil rights was Violated in is being Violated as of today. This is what happen to me in The reason for me filing This Civil Law Suit, On Date 9/26/24, I was in The State of Florida County of Orange, I was at a hospital The name I Thank is Called O.R.M.C. or momoriel hospital in Orlando Florida County of Orange, again I was at The hospital for Emergency reason in out of Xrau where a police Officer That work for the Orlando police Department Came up to me in toid me I had to live tho hospital. I csk The police officer what did I do for him to tell me I have to live The Emergency Room. The police officer toid me That The nurses at The hospital did not want me in The hospital in The Emergency Room. I toid The police officer I was not living The Emergency Room because, I did not Do anything wrong for him to tell me I had to live in on Top Of Everything I was feeling Very Badly. The police officer toid me if I Do not live The hospital I will be Trespass from The hospital. I toid The O.P.D. police officer again I did not Do anything wrong In I have a Emergency in I need to see a Dr, The police officer toid me again if I Do not live The hospital I will be Trespass in arrested

Robert Pearson, Book #2024-01560,

again I told The police Officer I did not Do anything wrong in I needed help from The hospital at The Time! security Officers That work for The hospital Came up to me to in told me as well I had to live for Know reason! I ask Them as well what did I Do in Why Do I have to live The E.R. The security Officers told me That the nurses Do not want me at The hospital, I told them The Samething I needed help from The hospital in I'm very Sick, The police Officer for O.P.D. told me to get up I'm being Trespass from The hospital, I got up like The police Officer told me to Do. This Should be On The hospital Video Camera footage Date 9/26/24, Time around 11:30 or 12:00 P.M. Some Time around That Time! again The police Officer took me over with The security Officers by The hospital Door in Started writing Some paper work! I ask The police Officer I Wanted to Go out Side, in Thats when The O.P.D. police Officer grab me in put me in Cffs, Some more O.P.D. police Officers Came in They took me out Side of The hospital in put me in The Back of a police Car, it was 2 male police officers in One female police Officer for O.P.D. Police Department! This is all On The hospital Video footage Should be, I was in The Officer police Car for Some time about a half of hour or so in The police Officers told me I was being Arrested because I had a warrant out of New York State. The police Officer Arrested me in took me to The Orange County Jail in Orlando Florida, when we got to The Orange County Jail in Orlando Florida The Booking Officers ask The police Officer why did I look The why I did in why he did not took me to a hospital! The Booking Officers at The Jail told The police Office officer take me to a hospital because They was not taking me in The Jail The way The police Officer Came to The Jail with me! The police Officer put me back into his Car in took me to a hospital Call Advent Health. I got into The hospital in The nurses Seen me but did not Do anything for me! The police Officer took my back to The Orange County Jail in Orlando Florida! The Booking Officers

(2) Statement of Claim Attachment

Robert Pearson, Booking #2024-01650

took me in The Jail at This Time, The Date 9/26/24, on Date 9/27/24, or 9/28/24, Something around These Dates I seen Someone from expedition came in see me, I Sign some papers for me to be expedited back to New York State. On Date 10/3/24, 2 police Officers came to The Orange County Jail in The State of Florida County of Orange. The 2 police Officers Pick me up from The Jail in The 2 police officers was not The U.S. marshals. The police officers work for middltown police Department of New York State. This is a Violation of my Civil rights! I went to Court The police Department on The Same Date 10/3/24, in The 2 police Officers Book me in told me That I was being R.O.R. On The Charges in I did not have to see The Judge. I ask The 2 middltown police Officers That came to Orlando Florida in Broth me to New York State why did They came to florida in expedited me from florida to New York State. The middltown police Officers told me That I have warrants for my Arrested in middltown City Court in warrants for my Arrested in Goshen County Court. I told The 2 police officers of middltown police Department why did not The U.S. Marshals did not come in Pick me up from The States of Florida. The 2 middltown police Officers told me The U.S. marshals did not have to come to The State of florida in expedited me from The State to State. I told The police Officers Something is Wrong with This. The 2 police Officers told me That Judge Craig Brown of Goshen County County Court in Judge Steven Brockett of middltown City Court told them to come to The State of florida City of Orlando in expedited me back to The State of New York. This is why my Civil rights is being Violated I belive. On Date 10/4/24, I went to Judge Craig Brown County Court City of Goshen in when I Got into The Court Room I ask The Judge why was I in Jail in The Court Room. The Judge told me

(3) Statement of Claim Attachment

Robert Pearson, Booking #2024-01650.

That I had a Warrant for my Arrest in his Court Room for a Probation Violation, Judge Craig Brown Put The Court Date Off for about a week or so! I went Back to Court in The ~~Probation Officer~~ Probation Officer That was Ther ask The Judge to Revoke in Restore me because The Probation Department made a mistake! befor all This I was Arrested in The City of middltown Date 1/25/24. in I was takeing to Orange County Jail, I was in The Jail from 1/25/24, to 6/10/24, probation did not Came to The Jail in put a hold on me or write me or anything. On Court Date 10/4/24, The probation Depart-ment said in Court That they did not Know where I was. I told The Judge Craig Brown That I was Arrested for Know reason something like That in I was in The Orange County Jail of Goshen New York from Date 1/25/24, to Date 6/10/24, So its Know why The probation Department did not Know where I was in on Top of This Judge Steven Brockett order 2 P.S.Is On me for Charges in his Court Room. in I had told Judge Craig Brown That Someone from probation Came to The Orange County Jail of Goshen NY in tried to Do The P.S.Is That Judge Steven Brockett order on me! I told Judge Craig Brown its Know why The probation Department did not Know where I was because of The Dates I was in The Jail in The P.S.Is That Judge Steven Brockett order On me! This was on Court Date 10/4/24, in Thats why On Court Date 10/10/24, or 10/11/24 The probation officer ask The Judge to Revoke in Restore me because That The office made a mistake! The Judge Said no, The Lawyer That I have ask The Judge Could I be R.O.R. in The Judge Said Know as well! The reason This is all going on is because back in 2022, I was

(4)

Statement of
Robert Pearson Booking #2024-01560

I was Change with some Changes indictment No. 148-2022. The Lawyer Randy I. Siper taik me into take ing a Peal Deal, The reason for This I went to Trial in had a hung jury! The Lawye Randy toid me when I went back to Court if I got back to Trial I Coud get 3½ to 7 years for The Chages, The Lawyer toid me randy I. Siper he think its good for me to take The 1½ year peal Deal That The D.A in The Judge had for me in its not anything he coud Do for me if we go back to Trial The Lawyer Randy I. Siper toid me if I go back to Trial I'm going to loss in The Judge wood give me The mixum 3½ to 7 years in Jail, The Lawyer toid me he Coud not when my Case in Take The Deal, I toid The Lawyer That I was on parole in if I take The peal Deal Parole Coud give me State Time, The Lawyer Randy I. Siper toid That This Case Do not have anything to Do with me being on parole in parole Coud not give me any Jail Time. I forgot The Peal Deal The Lawyer toid me to take was a 1 year Probation peal Deal, in Lawyer Randy I. Siper toid me if I took The peal Deal for 1 year probation That when I See parole I wood go home being That parole did not have anything on me in he was my Lawyer for The parole hearing as well, I took The 1 year probation for Orange probation from Judge Brown Court Room, The Judge Sentence me in Doing So toid me That if parole Save me any State Time The probation wood Run at The Same Time me Doing The parole State Time. The Judge toid me That The probation Time wood Start at The Time he Sentence me The Date I think 2022, around Sometime 11/20/2022, I went to The State Because when I Got to parole The parole officer That was Doing The hearing toid me That he was Giveing me a year State Time because

(5) Statement of Claims Alto

Robert Pearson, Booking #2024-01560

I took The Deal Deal in County Court! This is The reason I went to State for The year! The Lawyer Randy I. Siper lie to me he told me I would not get any State Time! The parole hearing Judge Gave me a year because of The Lawyer Randy I. Siper told me to take The Deal, I went to Stat Jail for The parole Sentence. The Judge in Orange County Court Brown Called me back to Court in to me That he made a mistake in he had to resentence me because its knew Sice in me Dong probation in State Jail, The Judge told me That he would Call me back to Court after I get out of State Jail, he gave me a Court Date for after me Being out of Jail. I Went back to Court on in off after getting out State Jail in Around Date 9/17/23, The Judge Brown Sentence me Resentence me to a year probation! now he is Trying to give me a year ½ in State Jail for know Reason! The Lawyer is Telling Me to take The Deal, like I Said befor I was in Orange County Jail Of Goshen NY Sice 1/25/24 to 6/10/24 in probation did not put any Typ of hold on me they never did! The Judge Put a warrant out for me Date I take 9/17/24 in This is when probation Says I Violated my probation, probation never put a warrant out for me The Judge did! I need help! This is my Civil Law Suit. Also I'm Sending This Law Suit to The court certified mail The numbers on The mail Shoud be # - 9589 0710 5270 2328 0047 47, 9590 9402 8781 4005 4565 36, I Just Sent a new Civil Law Suit to The Court as well not This Civil Law Suit But another Civil Law Suit about my Civil rights be Violationed. In I Sent it certified mail The numbers That Civil Law Suit Should be numbers #9590 9402 8781 4005 4563 38, 9589 0710 5270 2328 0047 30, I put This in The Jail mail Box Date 10/22/24 in housing unit B-4, if The Court did not get This Civil Law Suit The Jail did not send my mail out!

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

if I when This Civil Law Suit I'm asking The Civil Judge to have every Defendant all of Them put in Jail, in ~~been~~ I'm asking The Court to have The Defendants to Pay me $ 300,000,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/29/24 | | _Robert Pearson_ |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Pearson | | Pearson |
| First Name | Middle Initial | Last Name |

110 Wells Farm Rd. Goshen
Prison Address

| Orange Goshen | NY | 10924 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

