UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

     Plaintiff,

   -against-

AROYOLA POLICE OFFICER FOR
MIDDLETOWN; JOHN DOE MIDDLETOWN
POLICE OFFICER; STATE OF NEW YORK;
JUDGE CRAIG BROWN JUDGE FOR ORANGE
COUNTY COURT OF GOSHEN NY; ORANGE
COUNTY OF THE STATE OF THE STATE OF
NY; MIDDLETOWN POLICE DEPARTMENT;
POLICE DEPARTMENT FOR THE CITY OF
MIDDLETOWN NY.,

     Defendants.

24 CIVIL 08693 (KMW)

**<u>CIVIL JUDGMENT</u>**

   For the reasons stated in the May 18, 2026, order, in the August 18, 2025 order, the Court dismisses Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1) pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting. See Kolari v. New York-Presbyterian Hosp., 455 F.3d 118, 122 (2d Cir. 2006). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

   SO ORDERED.

Dated: May 19, 2026
    New York, New York

          /s/ Kimba M. Wood
          KIMBA M. WOOD
        United States District Judge